# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

137198 & (42)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 137198
                                      COA: 278006
                                      Tuscola CC: 06-010026-FH

SCOTT DAVID BISKNER,
      Defendant-Appellant.

_____/

      By order of January 23, 2009, this case was remanded to the Tuscola Circuit Court for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973). On order of the Court, the transcript of that hearing having been received, the application for leave to appeal the July 8, 2008 judgment of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

s0720